IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CARLA MOLINA, Administrator of The Estate of KEVIN D. AGEE, JR., Deceased<br><br>Plaintiff,<br>v.<br><br>LAKE ERIE CORRECTIONAL INSTITUTION, et al.,<br><br>Defendants. | Civil Action No. 1:24-cv-00019-DAR<br><br>**DEFENDANTS GILBERT AND MULLINS' JOINDER IN DEFENDANTS' MOTION TO DISMISS (DKT. 004)** |

Defendants Cassandra Gilbert, R.N. and Linda Mullins, R.N. ("Defendants Gilbert and Mullins") hereby joins Defendants Lake Erie Correctional Institution; CoreCivic, Inc.; Corrections Corporation of America; CoreCivic of Tennessee, LLC; Warden Fender; Warden Mackey; S. Swanson, S. Delisle; D. Jones, C. Stevens-Ingwer; C. Luce; K. Freeman; and A. Sackett's Motion to Dismiss, filed March 4, 2024, (Dkt. 004). Defendants Gilbert and Mullins state that they had not been served at the time of filing of the Motion to Dismiss, but that the Complaint specifies that all counts are alleged against "all Defendants" including both Defendants Gilbert and Mullins in their individual and official capacities. Defendants Gilbert and Mullins hereby join and seek dismissal for the reasoning cited in the Motion and associated briefing.

DATED this 6th day of May 2024.

By: */s/ Timothy J. Bojanowski*
Timothy J. Bojanowski, Bar No. 0016162
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Telephone: (480) 420-1600
Facsimile: (480) 420-1695

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/EDF System for filing and transmittal of a Notice of a Electronic Filing to the following CM/ECF registrants:

Thomas D. Robenalt
Shaun E. Young
THE ROBENALT LAW FIRM, INC.
23550 Center Ridge Rd., Ste. 103
Westlake, Ohio 44145
trobenalt@robenaltlaw.com
syoung@robenaltlaw.com

*Attorneys for Plaintiff*

                                              */s/ Timothy J. Bojanowski*
                                              Timothy J. Bojanowski