UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CARLA MOLINA, Administrator of The Estate of KEVIN D. AGEE, JR., Deceased<br><br>Plaintiff,<br><br>v.<br><br>LAKE ERIE CORRECTIONAL INSTITUTION, et al.,<br><br>Defendants. | Civil Action No. 1:24-cv-00019-DAR<br><br>JUDGE DAVID A RUIZ<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. CIV. R. 41(a)(1)(A)(i)(B)** |

Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i)(B) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the within action, without prejudice, with the right to refile within one (1) year.

Respectfully submitted,

*/s/ Thomas Robenalt*
THOMAS D. ROBENALT (0055960)
SHAUN E. YOUNG (0079284)
**THE ROBENALT LAW FIRM, INC.**
23550 Center Ridge Road, Suite 103
Westlake, Ohio 44145
Phone: (216) 223-7535
Fax:    (216) 307-2352
E-mail: trobenalt@robenaltlaw.com
          syoung@robenaltlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of May 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/EDF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Timothy J. Bojanowski
**STRUCK LOVE BOJANOWSKI &
ACEDO, PLC**
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Phone: (480) 420-1600
Fax:   (480) 420-1695
Email: tbojanowski@strucklove.com

*Attorney for Defendants*

/s/ Thomas D. Robenalt
THOMAS D. ROBENALT (0055960)
SHAUN E. YOUNG (0079284)
**THE ROBENALT LAW FIRM, INC.**

*Attorneys for Plaintiff*