IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CARLA MOLINA, *Administrator of the Estate of Deceased* Kevin D. Agee, Jr.,<br><br>    Plaintiff,<br><br>v.<br><br>LAKE ERIE CORRECTIONAL INSTITUTION, *et al.*,<br><br>    Defendants. | CASE NO. 1:24-CV-00019<br><br>JUDGE DAVID A. RUIZ<br><br>ORDER OF DISMISSAL |

### APPROVAL OF PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Upon Plaintiff having filed a Notice of Dismissal of the above captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), (B) (R. 33) and the Court finding all requirements of the Rule satisfied, Plaintiff's Complaint is dismissed without prejudice and with each party to bear its own costs.

    IT IS SO ORDERED.

Date: May 17, 2024　　　　　　　　　　　　　　　/s/*David A. Ruiz*
　　　　　　　　　　　　　　　　　　　　　　　　David A. Ruiz
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge